# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**Margaret Botkins**
**Clerk of Court**

10:39 am, 1/19/22

| | |
|---|---|
| PROTECTION & ADVOCACY SYSTEM INC<br><br>Plaintiff,<br><br>vs.<br><br>WYOMING DEPARTMENT OF HEALTH INTERIM DIRECTOR, in his official capacity a/k/a Stefan Johansson and WYOMING STATE HOSPITAL ADMINISTRATOR, in his official capacity a/k/a Paul Mullenax<br><br>Defendant. | Case Number: 22-CV-10-ABJ |

## ORDER OF REASSIGNMENT

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Kelly H. Rankin, Chief United States Magistrate Judge to the Honorable Alan B. Johnson, United States District Judge as Plaintiff is requesting permanent injunctive relief and is related to 05-CV-14-ABJ. The reassignment was completed through the direct assignment process. Please use case number 22-CV-10-ABJ for all future case filings.

Dated this 19th day of January, 2022.

Scott W. Skavdahl
Chief United States District Judge