Andrew Hunt Lemke Sr. (WSB No. 7-4988)
Supervising Attorney
Protection & Advocacy System, Inc.
7344 Stockman Street
Cheyenne, Wyoming 82009
Telephone: (307) 632-3496
email: lawpanda@wypanda.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| PROTECTION & ADVOCACY SYSTEM, INC., <br>               *Plaintiff* <br><br> v. <br><br> STEFAN JOHANSSON, in his official capacity as Director of the Wyoming Department of Health, and PAUL MULLENAX, in his official capacity as Administrator of the Wyoming State Hospital, <br>               *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No.: 22-CV-10-ABJ** <br>           **22-CV-231-ABJ** <br><br><br> **Plaintiff's Fed. R. Civ. P., Rule 26(a)(2) Disclosure of Expert Testimony** |

Comes Now, Plaintiff Protection & Advocacy System, Inc. ("P&A"), and for its Rule 26(a)(2) Disclosure of Expert Testimony, states as follows:

Pursuant to U.S. District Court, District of Wyoming Local Civil Rule 26.1(e) and court order, Plaintiff P&A, discloses that it has retained **Jane Hudson, J.D.** as an expert witness. Ms. Hudson is the recently retired director of Disability Rights Iowa and was a senior staff attorney with the National Disability Rights Network, where her area of focus was, among other things, abuse and neglect investigations and P&A access authority (**See her attached curriculum vitae**).

Her areas of expertise include, but are not limited to:

- A comprehensive understanding of the authority of protection and advocacy systems under federal law and court-approved agreements to access records, facilities, and individuals;

- The circumstances under which denials and delays of access constitute violations of federal law and court-ordered agreements and potential harm that can occur when access is denied or delayed;

- The general process which P&As follow to protect and advocate for the rights of individuals with disabilities, including the general conduct of abuse and neglect investigations, as well as the provision of legal representation;

- The rights of attorneys (or those they supervise) to meet and communicate with clients and potential clients under rules of professional conduct; and

- Potential remedies, including the imposition of attorneys' fees, in order to ensure that P&As have the right to access records, facilities, and individuals with disabilities.

Ms. Hudson is not a witness who must provide a written report. Fed. R. Civ. P. 26(a)(2)(B).

Pursuant to Local Civil Rule 26.1(e)(5), all special conditions or requirements and expert witness compensation for deposition testimony, are as follows:

- In the event a deposition is conducted remotely, or in the place or vicinity of residence of the expert witness, the rate for the time of deposition testimony is $60/hour.

- In the event the expert witness will need to travel further for a deposition, the rate for the time of deposition testimony is $120/hour, and $60/hour for travel time, and to include all expenses for such travel.

*Respectfully Submitted:*              By:    /s/Andrew Hunt Lemke Sr.

January 26, 2023                      Andrew Hunt Lemke Sr. (WSB No. 7-4988)
                                             Supervising Attorney
                                             Protection & Advocacy System, Inc.
                                             7344 Stockman Street
                                             Cheyenne, Wyoming 82009
                                             Telephone: (307) 632-3496
                                             email: lawpanda@wypanda.com

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Expert Disclosure was served on all counsel of record via CM/ECF, on January 26, 2023.

                                             /s/Andrew Hunt Lemke Sr.
                                       Andrew Hunt Lemke Sr. (WSB No. 7-4988)
                                       Supervising Attorney