# JANE MONTEITH HUDSON

Home: 2102 40th Place, Des Moines, IA 50310;
515-418-0397 (cell only); janeiowa13@yahoo.com

## EDUCATION

| | |
|---|---|
| J.D., Summa Cum Laude, 1986 | UNIVERSITY OF TOLEDO, Toledo, Ohio (Law review, moot court, extern for federal judge) |
| M.A., Counseling and Personnel, 1980 | WESTERN MICH. UNIV., Kalamazoo, MI. |
| M.A., TEFL, Ford Found. Fellow, 1976 | AMERICAN UNIVERSITY IN CAIRO, Egypt |
| B.A., History and Psychology, 1974 | KALAMAZOO COLLEGE, Kalamazoo, MI. |
| | American Univ. in Beirut (Jr. Year Abroad) |

## BAR ADMISSIONS

State of Iowa since 2013 (Active);

## LEGAL WORK: PUBLIC INTEREST

**DISABILITY RIGHTS IOWA**                                              **4/2012-6/17/21 (retired)**
**Des Moines, IA, Executive Director**
Disability Rights Iowa (DRI) is the Congressionally-mandated and federally-funded protection and advocacy system (P&A) for Iowans with disabilities, including individuals with mental illness. The purpose of DRI, and similar protection and advocacy systems in every state, is to protect and advocate for the rights of individuals with disabilities and investigate incidents of abuse and neglect of individuals with disabilities if the incidents are reported to the P&A or if there is probable cause to believe that the incidents occurred. P&As have extensive authority under federal law to conduct this work, including the authority to access records, facilities and individuals.

As DRI's Executive Director, I managed approximately 18 staff members (attorneys, advocates, and administrative staff). I developed and managed systemic initiatives, ensured that Board-approved priorities were being met; conducted policy work, developed community connections, wrote grants, ensured compliance with federal grants, maintained the financial integrity of the agency, supervised abuse and neglect investigations, including the exercise of DRI's access authority, supervised systemic and individual legal cases in conjunction with DRI's legal director, and made hiring, firing and other personnel decisions.

**NATIONAL DISABILITY RIGHTS NETWORK**                                  **11/01-4/12/12**
**Washington, D.C., SENIOR STAFF ATTORNEY**
National Disability Rights Network (NDRN) is the national membership association for Congressionally-mandated protection and advocacy systems (P&As) for individuals with disabilities. As a senior staff attorney, my responsibilities included:
- Providing legally-based training and technical assistance to protection and advocacy attorneys and advocates in the investigation, settlement and litigation of abuse and neglect cases in institutional and community settings;
- Consulting with P&As across the country with respect to their federal authority to access records, facilities and individuals, writing a comprehensive NDRN manual on P&A access authority and conducting monthly workshops for P&As on access authority;
- Organizing nation-wide advocacy initiatives, e.g., preventing illegal and excessive use of restraint and seclusion in schools;
- Drafting proposed federal statutes and regulations on disability-related issues;
- Educating policy makers and meeting with federal officials on disability-related issues;
- Organizing and commenting on amicus briefs on disability-related and P&A issues;
- Publishing an article in the Clearinghouse Review on the process leading up to the 2008 amendments to the Americans with Disabilities Act, and
- Advising P&As on issues related to the employment of individuals with disabilities.

1

**MARICOPA COUNTY ATTORNEY'S OFFICE, CIVIL DIVISION          1996-2000**
**Phoenix, Az., Human Resources Group, STAFF ATTORNEY**
My job was to ensure that the County was complying with the Americans with Disabilities Act and other employment laws and best practices.  Among other things, my responsibilities included
- Providing legal representation on behalf of the county in federal and state employment discrimination suits involving the Americans with Disabilities Act, the Family and Medical Leave Act, Section 504 of the Rehabilitation Act and other employment laws;
- Advising and training managers and supervisors in approximately 50 county departments
- Assisting in the development of a case management department for workers with disabilities and injuries;
- Drafting policies regarding employment issues, including the county leave policies;
- Advising Human Resources Department on accommodation and leave issues;
- Conducting and monitoring investigations, including disability-related harassment. and discrimination

**ARIZONA CENTER FOR DISABILITY LAW              1992-1996**
**Phoenix, Az., STAFF ATTORNEY**
I coordinated the Protection and Advocacy for Individuals for Mental Illness Program,
- Advocating for individuals with serious mental illness in community integration and abuse/neglect cases;
- Representing individuals with serious mental illness in lawsuits and administrative hearings, and
- Supervising advocates in mental health program.

**LEGAL WORK: OTHER**

**LOGAN & GEOTAS, P.L.C.                                 2000-2001**
**Phoenix, Az, Commercial Litigation, ASSOCIATE ATTORNEY**

**FRANCIS J. SLAVIN, P.C./SLAVIN, KANE AND PATTERSON, P.C.    1988-1992**
**Phoenix, Az. Construction and Zoning Law, ASSOCIATE ATTORNEY**,

**LEWIS AND ROCA                                 1986-1988**
**Phoenix, Az., Construction Law, ASSOCIATE ATTORNEY**

**UNIVERSITY TEACHING EXPERIENCE**

**DES MOINES AREA COMMUNITY COLLEGE              2022**
**Des Moines, Iowa, Part-time Instructor**
Taught English Language learners part-time (one class) in Spring 2022;
Substitute teacher and exam proctor in Fall 2022 as needed

**WESTERN MICHIGAN UNIVERSITY                     1976-1983**
**Kalamazoo, MI, INSTRUCTOR, Teaching English as a Foreign Language**
Taught English language skills to approximately 1000 adult university students from the Middle East, the Far East and Latin America.

**AMERICAN UNIVERSITY IN CAIRO                    1974-1976**
**Cairo, Egypt, TEFL INSTRUCTOR, FORD FOUNDATION FELLOW**.
While obtaining a Master's Degree in Teaching English as a Foreign Language, I was a Ford Foundation Fellow, teaching English language classes to Egypt22ian university students for two years.

**INTERESTS:  BOOK GROUPS (LIFE LONG READER); SOCIAL ACTION; HIKING AND CAMPING; RESCUE DOGS**

**REFERENCES UPON REQUEST**