Andrew Hunt Lemke Sr. (WSB No. 7-4988)
Supervising Attorney
Protection & Advocacy System, Inc.
7344 Stockman Street
Cheyenne, Wyoming 82009
Telephone: (307) 632-3496
email: lawpanda@wypanda.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| PROTECTION & ADVOCACY SYSTEM, INC., | ) ) ) | |
| *Plaintiff* | ) ) ) | **Case No.: 22-CV-10-ABJ**<br>           **22-CV-231-ABJ** |
| v. | ) ) | |
| STEFAN JOHANSSON, in his official capacity as Director of the Wyoming Department of Health, and PAUL MULLENAX, in his official capacity as Administrator of the Wyoming State Hospital, | ) ) ) ) ) ) ) ) | **Plaintiff's Revised Fed. R. Civ. P.,**<br>**Rule 26(a)(2) Disclosure of**<br>**Expert Testimony** |
| *Defendants* | ) | |

Comes Now, Plaintiff Protection & Advocacy System, Inc. ("P&A"), and for its Revised Rule 26(a)(2) Disclosure of Expert Testimony, states as follows:

Plaintiff's previously disclosed expert witness (Jane Hudson, J.D.), will not testify at hearing or trial, nor offer any affidavit of testimony. Jane Hudson, J.D. is henceforth considered and expert employed only for trial preparation (Fed. R. Civ. Pro. 26 (b)(4)(D)), and therefore interrogatories and deposition of such expert, may not occur.

*Respectfully Submitted:*             By:   /s/Andrew Hunt Lemke Sr.

April 21, 2023                          Andrew Hunt Lemke Sr. (WSB No. 7-4988)
                                                  Supervising Attorney
                                                  Protection & Advocacy System, Inc.
                                                  7344 Stockman Street
                                                  Cheyenne, Wyoming 82009
                                                  Telephone: (307) 632-3496
                                                  email: lawpanda@wypanda.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Revised Expert Disclosure was served on all counsel of record via CM/ECF, on April 21, 2023.

                                                /s/Andrew Hunt Lemke Sr.
                                         Andrew Hunt Lemke Sr. (WSB No. 7-4988)
                                         Supervising Attorney